**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
EX KANO S. SAMS II (#192936)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160
Email:  esams@glancylaw.com

**HOLZER & HOLZER, LLC**
COREY D. HOLZER
MARSHALL P. DEES
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Lead Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHENG JIANGCHEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RENTECH, INC., KEITH B. FORMAN, and JEFFREY SPAIN<br><br>Defendants. | CASE NO.: 2:17-cv-01490-GW-FFM<br><br>JOINT STIPULATION REGARDING NOTICE OF SETTLEMENT AND REQUEST TO TAKE HEARING ON MOTION TO DISMISS OFF CALENDAR |

WHEREAS, on December 7, 2018, the Court issued an Order Regarding Briefing Schedule for Motion to Dismiss ("Order");

WHEREAS, within the Order, the Court stated that Defendants may file a motion to dismiss on January 11, 2019, Plaintiff may file an opposition to Defendants' motion to dismiss on February 8, 2019, Defendants may file a reply in support of Defendants' motion to dismiss on March 1, 2019, and that Defendants may notice the hearing on Defendants' motion to dismiss for March 21, 2019, at 8:30 a.m.;

WHEREAS, the parties have filed the motion, opposition, and reply as contemplated by the Court's Order;

WHEREAS, on February 28, 2019, the parties engaged in a private mediation session and have reached an agreement to settle this action;

WHEREAS, the parties are in the process of preparing and drafting documents to effectuate the settlement reached in this action;

WHEREAS, because this case is a securities class action, the parties will draft a motion for preliminary approval of the settlement;

WHEREAS, in light of the settlement, the March 21, 2019 hearing set for Defendants' motion to dismiss is no longer necessary;

WHEREAS, the parties anticipate that several weeks will be necessary to prepare and draft documents to effectuate the settlement;

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective counsel, hereby stipulate to, and ask the Court to approve, the following:

1. The hearing set for Defendants' motion to dismiss on March 21, 2019 at 8:30 a.m. is hereby vacated; and

2. The parties will file a motion for preliminary approval of the settlement on or before April 30, 2019, or will apprise the Court of the status of the drafting of the motion for preliminary approval of the settlement by such date.

1
2  DATED: March 11, 2019       GLANCY PRONGAY & MURRAY LLP
3                              By:    */s/ Ex Kano S. Sams II*
4                                     Ex Kano S. Sams II
                                      Attorneys for Lead Plaintiff
                                      Ichiro Ikuno
5
6  DATED: March 11, 2019       HOLZER & HOLZER, LLC
7                              By:    */s/ Marshall P. Dees*
                                      Marshall P. Dees
8                                     Attorneys for Lead Plaintiff
                                      Ichiro Ikuno
9
10
11
   DATED: March 11, 2019       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
12
13                             By:    */s/ Peter B. Morrison*
                                      Peter B. Morrison
14                                    Attorneys for Defendants
                                      Keith B. Forman and Jeffrey Spain
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On March 11, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 11, 2019, at Los Angeles, California.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II