**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
EX KANO S. SAMS II (#192936)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

**HOLZER & HOLZER, LLC**
COREY D. HOLZER
MARSHALL P. DEES
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Lead Counsel for Lead Plaintiff
and the Proposed Settlement Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHENG JIANGCHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>  vs.<br><br>RENTECH, INC., KEITH B. FORMAN, and JEFFREY SPAIN,<br><br>          Defendants. | Case No. 2:17-cv-01490-GW-FFM<br><br>NOTICE OF LODGING OF [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE |

**PLEASE TAKE NOTICE** that Lead Plaintiff Ichiro Ikuno, on behalf of himself and the proposed Settlement Class, by and through his respective counsel of record, hereby lodge the following Proposed Order:

### [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE

DATED: June 25, 2019　　　　**GLANCY PRONGAY & MURRAY LLP**

By:  */s/ Ex Kano S. Sams II*
EX KANO S. SAMS II (#192936)
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  esams@glancylaw.com

HOLZER & HOLZER, LLC
COREY D. HOLZER
MARSHALL P. DEES
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Lead Counsel for Lead Plaintiff
and the Proposed Settlement Class*

---

1

NOTICE OF LODGING OF [PROPOSED] ORDER

477675.1 RENTECH2017

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On June 25, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 25, 2019, at Los Angeles, California.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II