**GLANCY PRONGAY & MURRAY LLP**
LIONEL Z. GLANCY (#134180)
ROBERT V. PRONGAY (#270796)
EX KANO S. SAMS II (#192936)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: esams@glancylaw.com

**HOLZER & HOLZER, LLC**
COREY D. HOLZER
MARSHALL P. DEES
1200 Ashwood Parkway, Suite 410
Atlanta, Georgia 30338
Telephone: (770) 392-0090
Facsimile: (770) 392-0029

*Lead Counsel for Lead Plaintiff and the Settlement Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHENG JIANGCHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RENTECH, INC., KEITH B. FORMAN, and JEFFREY SPAIN,<br><br>Defendants. | Case No. 2:17-cv-01490-GW-FFM<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**<br><br>Date:  October 10, 2019<br>Time:  8:30 a.m.<br>Crtm:  9D<br>Judge: Hon. George H. Wu |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and the Court's Order Granting Preliminary Approval of Class Action Settlement ("Preliminary Approval Order," ECF No. 102), on October 10, 2019, at 8:30 a.m., or as soon thereafter as counsel may be heard, at the United States Courthouse, Courtroom 9D, 350 W. 1st Street, Los Angeles, CA 90012, before the Honorable George H. Wu, District Judge, Lead Plaintiff Ichiro Ikuno ("Lead Plaintiff") will and hereby does move the Court for: (1) entry of the [Proposed] Judgment Approving Class Action Settlement; and (2) entry of the [Proposed] Order Approving Plan of Allocation of the Net Settlement Fund.

This Motion is based on this Notice of Motion; the memorandum of points and authorities in support thereof; Declaration of Ex Kano S. Sams II and Corey D. Holzer in Support of: (1) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and the exhibits filed therewith; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

Lead Plaintiff conferred with Defendants prior to filing this motion in accordance with Local Rule 7-3. Defendants do not oppose this motion.

**STATEMENT OF ISSUES TO BE DECIDED**

1. Whether the Court should approve the proposed $2,050,000 cash Settlement of this Action as fair, reasonable, and adequate under Rule 23(e).

2. Whether the Court should approve the Plan of Allocation as fair and reasonable.

3. Whether the Court should finally certify the Action as a class action pursuant to Rules 23(a) and (b)(3) for the purposes of the Settlement only.

| | |
|---|---|
| DATED: September 5, 2019 | GLANCY PRONGAY & MURRAY LLP |
| | |
| | By:   /s/ *Ex Kano S. Sams II* |
| | EX KANO S. SAMS II (#192936) |
| | LIONEL Z. GLANCY (#134180) |
| | ROBERT V. PRONGAY (#270796) |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| | Email: esams@glancylaw.com |
| | |
| | HOLZER & HOLZER, LLC |
| | COREY D. HOLZER |
| | MARSHALL P. DEES |
| | 1200 Ashwood Parkway, Suite 410 |
| | Atlanta, Georgia 30338 |
| | Telephone: (770) 392-0090 |
| | Facsimile: (770) 392-0029 |
| | |
| | *Lead Counsel for Lead Plaintiff and the Settlement Class* |

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On September 5, 2019, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 5, 2019, at Los Angeles, California.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II